**Carol D. CAIN, Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.**

No. 04–51048.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided July 28, 2005.

John Joseph Ingram, McAllen, TX, for Plaintiff–Appellant.

Kesha Germell Simmons, Social Security Administration Office of General Counsel, Dallas, TX, for Defendant–Appellee.

Before REAVLEY, JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed. The medical reports prior to 2002 are consistent with the finding that claimant can perform sedentary work. Her contention is based solely on answers of Doctor Bartlett on a form dated July 8, 2002. He had first examined her on May 16. His entries about her inability to sit or stand etc. are inconsistent with her own testimony, her statements at the emergency center five months earlier, and her lab reports. Those conclusions of Dr. Bartlett after apparently two contacts, based solely on what the patient told him, were rejected by the administrative judge. We find no error.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.